# BARKETEPSTEIN
BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • (F) 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

December 31, 2019

The Honorable Loretta A. Preska
Southern District of New York
United States Court House
500 Pearl Street, Court Room # 12A
New York, New York 10007



Re: United States v. Olalekan Daramola
    19-CR-00291

Judge Preska:

    This firm represents Mr. Olalekan Daramola, the defendant in the above referenced matter. With the consent of AUSA Daniel Wolf, I am respectfully requesting that Mr. Daramola's appearance be waived for the next status conference currently scheduled for Tuesday, January 7, 2020, at 11:00AM. I plan to appear, but because I expect it to be a few weeks before we reach a final disposition in this matter, and Mr. Daramola resides in Texas (and reports to pretrial services in Texas), I kindly ask that his appearance be waived.

    Thank you for your consideration.

Respectfully submitted,

/s/ Aida F. Leisenring
Aida F. Leisenring
Attorneys for Defendant

CC via ECF to:
AUSA Daniel Harris Wolf

**SO ORDERED.**

*Loretta A. Preska*
Loretta A. Preska
Senior U.S. District Judge

January 2, 2020