

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

August 11, 2021

The Honorable Loretta A. Preska
Southern District of New York
United States Court House
500 Pearl Street, Court Room # 12A
New York, New York 10007

Re: United States v. Olalekan Daramola
19-CR-00291

Judge Preska:

This firm represents Mr. Olalekan Daramola, the defendant in the above referenced matter. I am respectfully requesting that Mr. Daramola's appearance be waived for the pre-trial conference scheduled for Friday, August 20, 2021, at 10:30AM. Mr. Daramola resides in Texas with his three minor children for which he has childcare responsibilities (and reports to pretrial services in Texas, where he has been 100 percent in compliance with pretrial services). Mr. Daramola has been in regular contact with defense counsel and has actively been contributing to his defense. As such, I kindly ask that his appearance be waived. Additionally, I am requesting that I appear telephonically for the pre-trial conference, as I am currently scheduled for an in-person appointment in another county shortly thereafter. Further, the defense has actively been working out plea negotiations with the Government.

Thank you for your consideration.

Respectfully submitted,

/s/ Aida F. Leisenring
Aida F. Leisenring
Attorneys for Defendant

CC via ECF to:
AUSA Daniel Harris Wolf
Thomas Fagerberg, Esq.

```
Counsel's request to waive Mr. Daramola's
appearance is granted.  Counsel may appear by
telephone for the conference using the
following teleconference information:
877-402-9753, Code: 6545179.  SO ORDERED.
```

*Loretta A. Preska*   8/12/2021