```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :    ORDER
                                     :
     -v.-                             :    S4 19 Cr. 291 (LAP)
                                     :
CURLTEN OTIDUBOR, and                :
OLALEKAN DARAMOLA,                   :
                                     :
               Defendants.           :
                                     :
------------------------------------ X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Rebecca T. Dell, dated March 8, 2022;

WHEREAS on or about December 8, 2021, the Government sought and obtained from this Court an order authorizing the Internal Revenue Service ("IRS") to disclose tax refund and payment information purportedly associated with the scheme charged in the Fourth Superseding Indictment (the "Tax Order"). On February 24, 2022, the Government received a production of documents from the IRS in response to the Tax Order (the "Tax Documents");

WHEREAS trial in the above-captioned matter is currently scheduled to begin on March 23, 2022;

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in Title 26, United States Code,

the Tax Documents are required to be produced, pursuant to Rule 16 of the Federal Rules of Criminal Procedure; and

    IT IS HEREBY FURTHER ORDERED that the Tax Documents are probative of a matter in issue relevant in establishing the guilt of the defendants, *i.e.*, at the forthcoming trial in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
      March  9 , 2022

                                             */s/ Loretta A. Preska*
                                        HONORABLE LORETTA A. PRESKA
                                        UNITED STATES DISTRICT JUDGE