UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :

UNITED STATES OF AMERICA

                                          :        CONSENT PRELIMINARY ORDER
             - v. -                                  OF FORFEITURE/
                                          :        <u>MONEY JUDGMENT</u>

OLALEKAN DARAMOLA,
                                          :        S6 19 Cr. 291 (LAP)

            Defendant.
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about March 21, 2022, OLALEKAN DARAMOLA (the "Defendant") was charged in a one-count superseding information, S6 19 Cr. 291 (LAP) (the "Information"), with operation of an unlicensed money transmitting business, in violation of Title 18, United States Code, Sections 1960(a) and (b)(1)(A), (b)(1)(B), and 2 (Count One);

        WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count One of the Information, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count One of the Information;

        WHEREAS, on or about March 21, 2022, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money in the amount of $217,109, representing the amount of property involved in the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $217,109 in United States currency representing the property involved in the offense charged in Count One of the Information, for which the Defendant is jointly and severally liable with his co-defendants, Oluwaseun Adelekan, Solomon Aburekhanlen, Gbenga Oyeneyin, Abiola Olajumoke, Temitope Omotayo, Bryan Eadie, Albert Lucas, and Ademola Adebogun (collectively, the "Co-defendants"), to the extent forfeiture money judgments are entered against the Co-defendants in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds involved in the offense charged in Count One of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Daniel H. Wolf and Rebecca T. Dell of counsel, and the Defendant, and his counsel, Thomas Fagerberg, Esq. and Aida Ferrer Leisenring, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $217,109 in United States currency (the "Money Judgment"), representing the property involved in the offense charged in Count One of the Information, for which the Defendant is jointly and severally liable with the Co-defendants, o the extent forfeiture money judgments are entered against the Co-defendants in this case.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, OLALEKAN DARAMOLA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          3/19/2022
    DANIEL H. WOLF                            DATE
    REBECCA T. DELL
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2337/2198

OLALEKAN DARAMOLA

By: _____          03/20/22
    OLALEKAN DARAMOLA                        DATE

By: _____          3/20/22
    THOMAS FAGERBERG, ESQ.                   DATE
    Attorneys for Defendant
    907 Rio Grande Street
    Austin, Texas 78701
    AIDA FERRER LEISENRING, ESQ.
    666 Old Country Road, Ste 700
    Garden City, New York 11530

SO ORDERED:

_____              8/3/22
HONORABLE LORETTA A. PRESKA                  DATE
UNITED STATES DISTRICT JUDGE