UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              Plaintiff,

-against-

OLALEKAN DARAMOLA,

              Defendants.

19-CR-291 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's motion for early termination of his supervised release, (dkt. no. 790). The Government shall respond by May 28, 2025. To the extent that Defendant wishes to reply, he shall do so no later than June 4, 2025.

**SO ORDERED.**

Dated:    New York, New York
            May 14, 2025

                            _____
                            LORETTA A. PRESKA
                            Senior United States District Judge